THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACKENZIE BROWN, individually and on behalf of all others similarly situated; MEILING ROBINSON, individually and on behalf of all others similarly situated; and SHEA RITCHIE; individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>    v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation, and DOES 1 through 100,<br><br>                   Defendants. | Case No. 2:24-cv-00635-TL<br><br>**STIPULATED MOTION TO VACATE DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: May 14, 2024 |

## STIPULATED MOTION

Plaintiffs Mackenzie Brown, Meiling Robinson, and Shea Ritchie (collectively, "*Brown* Plaintiffs") and Defendant Pacific Market International, LLC ("PMI") submit this stipulated motion to vacate PMI's May 20, 2024 deadline to respond to the First Amended Complaint (Dkt. No. 11), pending the filing of the forthcoming consolidated amended complaint in *Franzetti v. Pacific Market International, LLC, et al.*, No. 2:24-cv-00191-TL, in which the *Brown* Plaintiffs intend to join.

On May 7, 2024, this action was transferred to this Court from the Central District of California under 28 U.S.C. § 1404, given the three related cases already pending before this Court

STIPULATED MOTION TO VACATE DEADLINE TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER
No. 2:24-cv-00635-TL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

alleging that PMI failed to disclose the presence of lead in its Stanley-brand drinking containers: *Franzetti v. Pacific Market International, LLC, et al.*, No. 2:24-cv-00191-TL; *Krohn v. Pacific Market International, LLC*, No. 2:24-cv-00200-TL; and *Barbu v. Pacific Market International, LLC*, No. 2:24-cv-00258-TL.

On April 26, 2024, this Court consolidated *Krohn* and *Barbu* with *Franzetti* under Federal Rule of Civil Procedure 42(a), and ordered that "[a]ny action subsequently filed in, transferred or removed to this District that arises out of the same or similar operative facts as the Consolidated Action SHALL also be consolidated in this Court for all purposes." *Franzetti*, Dkt. No. 31 at 10-11. The Court also ordered the *Franzetti*, *Krohn*, and *Barbu* plaintiffs to file a consolidated amended complaint, thereby staying PMI's response to the pending complaints in each of those cases. *Id.* at 11. On May 8, 2024, after the *Brown* action was transferred to this Court, Plaintiff Franzetti noticed *Brown* as a related case. *Franzetti*, Dkt. No. 41. Once this case is deemed related and consolidated with *Franzetti*, *Krohn*, and *Barbu*, the *Brown* Plaintiffs intend to co-draft the consolidated amended complaint, which will supersede the *Brown* plaintiffs' current pleading and render moot any response filed by PMI aimed at the First Amended Complaint in *Brown*.

Accordingly, in the interests of efficiency and judicial economy, the parties request that the Court vacate PMI's May 20, 2024 deadline to respond to the First Amended Complaint in *Brown* (Dkt. No. 11), pending the filing of the forthcoming consolidated amended complaint in *Franzetti*.

DATED May 14, 2024

Respectfully submitted,

K&L GATES LLP

By: */s/ Pallavi Mehta Wahi*
Pallavi Mehta Wahi, WSBA No. 32799
pallavi.wahi@klgates.com
Shelby Stoner, WSBA No. 52837
shelby.stoner@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206.623.7580
Facsimile: 213.243.4199

STIPULATED MOTION TO VACATE DEADLINE TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER
No. 2:24-cv-00635-TL - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1

2

*Attorneys for Defendant Pacific Market
International, LLC*

3      ARNOLD & PORTER KAYE SCHOLER LLP

4      James F. Speyer (*pro hac vice*)
       E. Alex Beroukhim (*pro hac vice*)
5      james.speyer@arnoldporter.com
       alex.beroukhim@arnoldporter.com
6      777 South Figueroa Street, 44th Floor
       Los Angeles, CA 90017-5844
7      Telephone: 213.243.4000
       Facsimile: 213.243.4199

8
       Elie Salamon (*pro hac vice*)
9      elie.salamon@arnoldporter.com
       250 West 55th Street
10     New York, NY 10019-9710
       Telephone: 212.836.8000
11     Facsimile: 212.836.8969

12     *Attorneys for Defendant Pacific Market
       International, LLC*

13

14
       Dated:  May 14, 2024              RUSHING MCCARL LLP
15
                                By:  */s/ Ryan McCarl*
16                                   Ryan McCarl
                                     John Mayfield Rushing
17                                   Davit Avagyan
                                     2219 Main St. No. 144
18                                   Santa Monica, CA 90405
                                     Telephone: 310-896-5082
19                                   Email: info@rushingmccarl.com

20                                   I certify that this memorandum contains
                                     353 words, in compliance with the Local
21                                   Civil Rules.

22

23

24

25

26

STIPULATED MOTION TO VACATE DEADLINE TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER
No. 2:24-cv-00635-TL - 3

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## ORDER

This matter is before the Court on the Parties' Stipulated Motion to Vacate Deadline to Respond to Complaint.  Dkt. No. 28.  Having reviewed the relevant record, the Court GRANTS the motion.  Defendant's deadline to respond to the First Amended Complaint is vacated.

IT IS SO ORDERED.

Dated this 14th day of May 2024.

_____

Tana Lin
United States District Judge

PRESENTED BY:

K&L GATES LLP

By:  /s/ Pallavi Mehta Wahi
         Pallavi Mehta Wahi, WSBA No. 32799
         pallavi.wahi@klgates.com
         Shelby Stoner, WSBA No. 52837
         shelby.stoner@klgates.com
         925 Fourth Avenue, Suite 2900
         Seattle, WA 98104
         Telephone: 206.623.7580
         Facsimile: 213.243.4199

         *Attorneys for Defendant Pacific Market International, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

         James F. Speyer (*pro hac vice*)
         E. Alex Beroukhim (*pro hac vice*)
         james.speyer@arnoldporter.com
         alex.beroukhim@arnoldporter.com
         777 South Figueroa Street, 44th Floor
         Los Angeles, CA 90017-5844
         Telephone: 213.243.4000
         Facsimile: 213.243.4199

STIPULATED MOTION TO VACATE DEADLINE TO
RESPOND TO COMPLAINT AND [PROPOSED] ORDER
No. 2:24-cv-00635-TL - 4

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1   Elie Salamon (*pro hac vice*)
elie.salamon@arnoldporter.com

2   250 West 55th Street
New York, NY 10019-9710

3   Telephone: 212.836.8000
Facsimile: 212.836.8969

4

5   *Attorneys for Defendant Pacific Market International, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022